UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:03-CR-102

OSCAR GILBERT,

                                                  HON. ROBERT HOLMES BELL

    Defendant.
_____/

## MEMORANDUM OPINION

This matter is before the Court on defendant's Motions for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 750 (docket #s 80, 83). The Probation Department has filed a Report of Eligibility (ECF No. 105) and finds the defendant is ineligible for a reduction of sentence based upon Guideline Amendment 750 because the defendant is a career offender and there is no change in the guideline range. No objections have been filed to the report of eligibility.

ACCORDINGLY, defendant's motions (docket #80, 83) are **DENIED**.


Dated: June 28, 2016                                    /s/ Robert Holmes Bell
                                                         ROBERT HOLMES BELL
                                                         UNITED STATES DISTRICT JUDGE